**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ignacio Vera,<br><br>　　　　　Plaintiff(s),<br><br>　　　　　v.<br><br>Kartek Automotive, Inc. et al.,<br><br>　　　　　Defendant(s). | Case No. CV 24-09130-JLS(Ex)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

　　　On December 16, 2024, a Notice of Settlement was filed (Doc. 16), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed within 30 days of this order.

　　　The parties shall file a Stipulation of Dismissal no later than January 16, 2025 (the "Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time.

　　　Until the Dismissal Date, the Court retains full jurisdiction over this action. All other deadlines and hearings are vacated.

IT IS SO ORDERED.

DATED: December 16, 2024

　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE